# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEVON ENERGY PRODUCTION
COMPANY, L.P.

VERSUS

LOUISIANA DEPARTMENT OF
NATURAL RESOURCES AND THOMAS
HARRIS, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE
LOUISIANA DEPARTMENT OF
NATURAL RESOURCES

NO.   2020 CW 0992

**JANUARY 25,2021**

---

In Re:   Devon  Energy  Production  Company,  L.P.,  applying  for
rehearing,  19th  Judicial  District  Court,  Parish  of
East Baton Rouge, No. 699354.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT